**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

Master Docket No.:  2:18-mn-2873-RMG

**This document relates to:**
See Exhibit A Attached Hereto

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the

actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"),

Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby

stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco,

Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit

A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public

Water Systems and Tyco  dated April 12, 2024 (the "Settlement Agreement"), which received

final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming*

*Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them
in the Settlement Agreement.

Dated:  May 13, 2025

Respectfully submitted,

/s/*Stephen T. Sullivan, Jr.*_____
Stephen T. Sullivan, Jr.
John E. Keefe, Jr.
KEEFE LAW FIRM
2 Bridge Avenue, Suite 623
Red Bank, NJ 07701
(732) 224-9400
ssullivan@keefe-lawfirm.com
jkeefe@keefe-lawfirm.com
*Counsel for Plaintiffs Listed on Exhibit A*

/s/ *Liam J. Montgomery*_____
Liam J. Montgomery
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000
lmontgomery@wc.com

*Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*

/s/ *Jonathan B. Blakley*
Jonathan B. Blakley
Gordon Rees Scully Mansukhani
One North Wacker, Suite 1600
Chicago, IL 60606
(312) 619-4915
jblakley@grsm.com

*Counsel for ChemDesign Products Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 13, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>*/s/ Stephen T. Sullivan, Jr.*</u>
Stephen T. Sullivan, Jr.